# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, NY 12211

Andrea E. Celli, Esq.
Trustee
Bonnie Baker, Esq.
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments only:
P.O Box 1918
Memphis, TN 38101-1918

November 30, 2009

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    03-17083          Brook D. Maloney

To Whom It May Concern:

    Enclosed please find check #805226 in the amount of $173.59. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.            6

    Account#             1523004510833914

    Creditor             FNANB/Circuit City
                          P.O. Box 42395
                          Richmond, VA 23286

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli